# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 18-2226    **Short Title:** Biron v. United States

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States of America _____ as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Seth R. Aframe
Signature

January 14, 2019
Date

Seth R. Aframe
Name

US Attorney's Office-District of NH
Firm Name (if applicable)

603-225-1552
Telephone Number

53 Pleasant Street
Address

603-225-1470
Fax Number

Concord, NH 03301
City, State, Zip Code

seth.aframe@usdoj.gov
Email (required)

Court of Appeals Bar Number: 87645

Has this case or any related case previously been on appeal?

[ ] No    [✓] Yes    Court of Appeals No. 18-1705;18-1945;18-1996

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).