# United States Court of Appeals
## For the First Circuit

No. 18-2226

LISA BIRON

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**ORDER OF COURT**

Entered: February 22, 2019
Pursuant to 1st Cir. R. 27.0(d)

This court has docketed petitioner-appellant's appeal from the denial of his petition for writ of habeas corpus under 28 U.S.C. § 2255. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. § 2253. The district court declined to issue a certificate of appealability on October 2, 2017. Petitioner-appellant has filed a motion for a certificate of appealability in the court of appeals.

Accordingly, the above captioned case will be submitted to this court for a determination whether a certificate of appealability should issue. If a certificate is denied, the appeal will be terminated.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Lisa Biron