Lisa A. Biron
Reg. #12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

2020 JUN 22 AM 10: 52

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

June 18, 2020

Clerk of Court
First Circuit Court of Appeals
One Courthouse Way
Boston, MA 02210

Re: Case nos. 18-2226
            18-1996
            18-1705

Dear Clerk:

The above cited petitions for rehearing/hearing en banc have been before the Court for more than a year. They are clearly meritorious, yet the government has not been ordered to respond, and no decision has been made.

Please, at your earliest convenience, provide an update regarding these cases. Thank you for your attention to this matter.

Sincerely,

Lisa Biron

Lisa Biron

Cc: AUSA Seth Aframe

Lisa Biron
#12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

MINNEAPOLIS MN 553

19 JUN 2020 PM 1 L



Clerk of Court, First Circuit Court of Appeals
One Courthouse Way
Boston, MA 02210

02210-302499