Lisa A. Biron
Reg. #12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

August 27, 2020

2020 AUG 31 AM 11: 39

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Circuit Justices
First Circuit Court of Appeals
One Courthouse Way
Boston, MA 02210-3011

Re: Biron v. United States, Nos. 18-1705; 18-1996; 18-2226

Letter of Supplemental Authority

Dear Justices:

On August 3, 2020, the Seventh Circuit Court of Appeals decided United States v. Howard, no. 19-1005 (7th Cir. 2020), which bears on the issue of the miscarriage of justice/actual innocence claim that is at the heart of the abovecited cases.

The case involved the correct interpretation of 18 U.S.C. § 2251(a), the basis of counts 2-7 of my underlying conviction. Specifically, "the decisive question of statutory interpretation [was] whether § 2251(a) requires proof that the defendant did something to cause a minor to engage in sexually explicit conduct for the purpose of photographing or filming it[.]" The court held that the statute required causation: In sum, the defendant had to act to cause the minor to engage in sexually explicit conduct for the purpose of creating a visual image of that conduct.

During my trial, both Judge Barbadoro and Attorney Kacavas agreed, on the record (Tr.Day 3, 41-42), that if a person happened upon two minors in a public place engaged in sexual conduct and filmed it that that person was "using, employing those minors to produce child pornography[.]"

Further, during closing argument, Attorney Kacavas, in advising the jury on the forthcoming instruction that Judge Barbadoro would give, stated "you're not going to hear the word cause, because Congress did write [§ 2251(a)] and they didn't put the word cause in that law. So, there's no argument here that the defendant had to cause. All she had to do was use or employ this minor child to create child pornography." (Tr. Day 3, 74-75.)

While the Howard decision is, of course, not binding authority, it is clearly the correct interpretation of 18 U.S.C. § 2251(a) which is far from the interpretation under which I was convicted.

Sincerely,

Lisa Biron

Lisa Biron

Cc: Seth Aframe

## Certification

I hereby certify that a copy of this Letter of Supplemental Authority was mailed to AUSA Seth Aframe via U.S. Mail, postage paid, on this date.

8/27/20
Date

*Lisa Biron*
Lisa Biron



Lisa Biron
12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

CERTIFIED MAIL

7019 1640 0002 0493 6378

12775-049
First Cir Ct Of Appeals
Clerk of Court
1 Courthouse WAY
Boston, MA 02210-3011
United States

SMS SCREENED

Legal Correspondence

02210-302499