# United States Court of Appeals
## For the First Circuit

No. 18-2226

LISA BIRON,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

Before

Howard, <u>Chief Judge</u>,
Lynch, Thompson, Kayatta
and Barron, <u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: November 12, 2020

    The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and petition for rehearing en banc be denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Lisa Biron
Seth R. Aframe