# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

May 13, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  Lisa Biron
           v. United States
           No. 20-8024
           (Your No. 18-2226)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on April 8, 2021 and placed on the docket May 13, 2021 as No. 20-8024.

                                    Sincerely,

                                    **Scott S. Harris**, Clerk

                                    by

                                    Susan Frimpong
                                    Case Analyst